# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Cleveland County District Court | ) | JUDGMENT IN CASE |
| State of North Carolina | ) | |
| Cleveland County District Attorneys | ) | |
| Office | ) | |
| Mecklenburg County Police | ) | |
| Department | ) | |
| Cleveland County Clerk of Court's | ) | |
| Office | ) | |
| North Carolina Highway Patrol, | | |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00042-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| James Ray Wilson, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 6, 2017 Order.

Signed: February 6, 2017

Frank G. Johns, Clerk
United States District Court